UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN BLANDOV, SR.,

                    Plaintiff,

          v.

JEFF'S DIESEL WORKS, INC.,

                    Defendant.

CASE NO.  C08-229RSM

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

In light of plaintiff's amendment of the complaint to add additional bases for liability, and defendant's subsequent admission that the motion is moot, defendant's motion for summary judgment of dismissal (Dkt. ## 14, 23) is DENIED.

DATED this 8th day of January, 2009.

BRUCE RIFKIN, Clerk


By _____Lowell Williams_____
                    Deputy Clerk

MINUTE ORDER